ACCEPTED
04-14-00205-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 4:14:00 PM
KEITH HOTTLE
CLERK

NO. 04-14-00205-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/20/2015 4:14:00 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

**FOUNTAINS INTERNATIONAL GROUP, INC.**
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC**
Appellee

**SUMMIT OAK DEVELOPMENT, LLC'S
MOTION TO EXTEND DEADLINE TO FILE
ITS MOTION FOR REHEARING AND MOTION
FOR *EN BANC* RECONSIDERATION**

David R. Montpas
State Bar No. 00794324
Kevin M. Young
State Bar No. 22199700
PRICHARD, HAWKINS,
MCFARLAND & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Telecopier


ATTORNEYS FOR APPELLEE
SUMMIT OAK DEVELOPMENT, LLC

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLEE, Summit Oak Development, LLC ("Summit Oak"), and submits this Motion to Extend Deadline to Files its Motion for Rehearing and Motion for *En Banc* Reconsideration. VIA seeks an 18-day extension to file its motion for rehearing and motion for *en banc* reconsideration. In support of this Motion, VIA shows as follows.

## I.
## SUMMIT OAK REQUESTS AN 18-DAY EXTENSION OF THE CURRENT DEADLINE

The Court issued its opinion on March 11, 2015, reversing and remanding the judgment of the Trial Court. VIA's current deadline to file a motion for rehearing is March 26, 2015. TEX. R. APP. P. 49.1. Pursuant to Texas Rule of Appellate Procedure 49.8, VIA requests an 18-day day extension – to Monday, April 13, 2015 – to file its motion for rehearing and/or motion for *en banc* reconsideration.

Summit Oak requests this extension due to scheduling issues with its counsel. David Montpas is the head of Prichard Hawkins McFarland & Young's appellate and litigation support group. Mr. Montpas has been assisting in the preparation and trial of a case styled: *John C. Wolfe v. JW Hughes Excavation, Inc. and John Winston Hughes, Jr.*, Cause No. 14-05-0365-CVA, in the 81st District Court, Atascosa County, Texas. The case was tried from March 16 through March

20, 2015. Kevin Young, also counsel of record for Summit Oak, serves as trial counsel in that case. As a result of the pre-trial preparation and trial of the case, counsel for Summit Oak have yet to begin work on filing a motion for rehearing or motion for *en banc* reconsideration in this case. Accordingly, as a result of scheduling difficulties following the Court's issuance of its opinion, Summit Oak requests this extension.

Summit Oak's counsel attempted to confer with Appellant's counsel on March 20, 2015 regarding this request. As of the filing of this motion, Appellant's counsel had not indicated whether he opposes Summit Oaks' request.

This motion is not being filed for purposes of delay but so that justice may be served.

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee Summit Oak Development, LLC respectfully requests the Court of Appeals extend Summit Oak Development, LLC's deadline to file its motion for rehearing and motion for *en banc* reconsideration to Monday, April 13, 2015. Summit Oak Development, LLC further requests any additional relief to which it is entitled.

Respectfully submitted,

/s/ David R. Montpas
David R. Montpas – Lead Appellate Counsel
State Bar No. 00794324
Kevin M. Young
State Bar No. 22199700

PRICHARD, HAWKINS,
 MCFARLAND & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Telecopier

**ATTORNEYS FOR APPELLEE**
**SUMMIT OAK DEVELOPMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true, correct and complete copy of the preceding document was served, pursuant to Texas Rule of Appellate Procedure 9.5, via telecopier on the 20th day of March, 2015 to the following:

Mr. Kevin W. Stouwie
Law Office of Kevin W. Stouwie
3238 N.W. Loop 410
San Antonio, Texas 78213-2811
(210) 745-4845 – Telephone
(210) 745-4825 – Telecopier

/s/ David R. Montpas
David R. Montpas

4

## CERTIFICATE OF CONFERENCE

The undersigned certifies, pursuant to Texas Rule of Appellate Procedure 10.1(5), he attempted to confer with Appellant's counsel on March 20, 2015. As of the filing of this motion, however, Appellant's counsel has not yet responded to the undersigned's inquiry or indicated whether he opposes the requested extension. Counsel for Summit Oaks will update the Court if and when he hears from Appellant's counsel regarding the requested extension.

/s/ David R. Montpas
David R. Montpas